**Opinion issued December 11, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-14-00657-CR**

————————————

**TERRI LYNN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Case No. 1428302**

---

**MEMORANDUM OPINION**

On October 21, 2014, appellant, Terri Lynn Davis, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal. The Clerk is

directed to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).